UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANA JOHNSON**<br>15177 Sky Valley Drive<br>Haymarket, Virginia 20169<br><br>**Plaintiff,**<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.**<br>1455 Market Street<br>4th Floor<br>San Francisco, CA 94103<br><br>And<br><br>**RASIER, LLC**<br>1455 Market Street<br>4th Floor<br>San Francisco, CA 94103<br><br>And<br><br>**CRAIG CHERVERT LONG**<br>2351 London Bridge Drive<br>Silver Spring, MD 20906<br><br>**Defendants.** | Civil Action No. 1:21-cv-00821<br><br>Underlying Case No.<br>2021 CA 000322 V<br><br>Removed from:<br>Superior Court for the District<br>of Columbia |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Uber Technologies, Inc., Defendant Rasier, LLC, and ("Defendants"), by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN, AND DICKER LLP, files this Notice of Removal of the above-entitled action, now pending in the Superior Court for the District of Columbia, bearing Civil Action No. 2021 CA 000322 V, to the United States District Court for the District of Columbia. In support of this Notice of Removal, Defendant respectfully states as follows:

## LEGAL BASIS FOR JURISDICTION

1. On or about February 8, 2021, Plaintiff Dana Johnson filed Civil Action No. 2021 CA 000322 V in the Superior Court for the District of Columbia, seeking damages in the amount of $2,000,000.00. *See* Plaintiff's Complaint attached hereto as Exhibit A.

2. Upon information and belief, at the time Plaintiff's action was commenced, and at all relevant times thereafter to the present, Plaintiff was and is a citizen and resident of Virginia. (Ex. A, Compl., ¶. 2).

3. Uber Technologies, Inc. is a Delaware Corporation, organized and existing under and by virtue of the laws of Delaware with its principal place of business located in San Francisco, California.

4. Defendant Rasier, LLC is a limited liability company organized and existing under and by virtue of the laws of Delaware with its principal place of business located in San Francisco, California. Uber Technologies, Inc. is the sole member of Rasier, LLC.

5. Upon information and belief, at all relevant times, Defendant Craig Chervert Long is a resident and citizen of Maryland. (Ex. A, Compl., ¶. 5).

## BASIS FOR REMOVAL

6. This Court is the district court of the United States for the district and division embracing the place where this action is currently pending in state court. 28 U.S.C. § 1441(a).

7. This Court has subject matter jurisdiction in this case and therefore removal is proper under 28 U.S.C. § 1332 based upon complete diversity jurisdiction. Diversity jurisdiction exists in a civil matter when the dispute is between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a)(1).

8. Both of the requirements for subject matter jurisdiction based on diversity jurisdiction

are met in this case because: (a) the Plaintiff is not a citizen of the same state as any of the named Defendants; (b) None of the named Defendants are citizens or residents of the District of Columbia; (c) Plaintiff's express demand in the Complaint seeks damages in the amount of $2,000,000.00, excluding interest and costs. 28 U.S.C. § 1332(a). *Id.* at §§ 1331 and 1441(b); (Ex. A, Compl.).

10. Defendant Craig Chervert Long has been served and consents to the removal.

11. Defendants Uber Technologies, Inc, and Rasier, LLC, and were served on February 25, 2021[1]. Therefore, this Notice of Removal is thus timely filed pursuant to 28 U.S.C. § 1446(b). As required by 28 U.S.C. § 1446(b), true and correct copies of the pleadings are being filed with this Notice of Removal.[2]

12. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal has been given to Plaintiff and Defendant Craig Chervert Long, and a copy of the Notice of Removal has been filed with the Clerk of the Superior Court for the District of Columbia.

13. The required filing fee of $350.00 and an executed civil cover sheet accompany this Notice of Removal.

**WHEREFORE**, Defendant Uber Technologies, Inc., and Defendant Rasier, LLC, respectfully removes this action, pending in the Superior Court for the District of Columbia, to the United States District Court for the District of Columbia.

---

[1] Plaintiff's process server incorrectly date the affidavit of service as February 24, 2021. The actual date of service is February 25, 2021.
[2] Defendants note that it also uploaded all Documents from Superior Court via CM/ECF as required.

Dated: March 26, 2021                                    Respectfully submitted,

                                                                 **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/Catherine A. Hanrahan*
Catherine A. Hanrahan, Esq. (#441775)
1500 K Street, NW, Suite 330
Washington, D.C. 20005
Telepone: (202) 626-7600
Facsimile: (202) 628-3606
Catherine.Hanrahan@wilsonelser.com

*Counsel for Defendant Uber Technologies, Inc., and Rasier-LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of March 2021 I served a true and accurate copy of the foregoing Praecipe Notice of Filing Notice of Removal electronically via CM/ECF and/or email, and or regular mail to the following:

>Frank R. Kearney, Esq.
>Donahoe Kearney, LLP
>708 Pendleton Street
>Alexandria, VA 22314
>fkearney@dkllp.com
>
>*Attorney for the Plaintiff*
>
>Daniel L. Robey, Esq.
>Midkiff, Muncie & Ross, P.C.
>10461 White Granite Drive, Suite 225
>Oakton, Virginia 22124
>
>*Attorney for Defendant Craig Chervert Long*

>*/s/Catherine A. Hanrahan*
>Catherine A. Hanrahan, Esq. (#441775)